## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

**FIESTA DC, INC.,**
1801 Columbia Road, NW
Suite 105-B
Washington, DC 20009

                 **Plaintiff,**

    v.

**ARTURO GRIFFITHS**
President, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**WILLIANS SILVA**
1st Vice-President, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**TILA BERROCAL**
2nd Vice-President, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**LOURDES MARTE**
Secretary, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**DIDIER SINISTERRA**
Asst. Treasurer, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**CIVIL ACTION NO.**


**COMPLAINT AND**
**JURY TRIAL DEMAND**

**ROSIBEL ABUGATTAS**
**Honorary President, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**OSCAR ORDENES**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**HUGO TOVAR**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**JENNY RODRIGUEZ**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**NORBERTO BORJAS**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**BUENA PAREDES**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**NORMA SMALL-WARREN**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**MARCOS ELODI**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**MICHAEL L. AVERY, SR.**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**CARIDAD PALERM-LAZÚ**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**AVISOS, INC. d/b/a**
**AVISOS COMMUNICATIONS, INC.**
**7426 Alban Station Boulevard**
**Suite B208**
**Springfield, VA 22150**

                    **Defendants.**

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiff Fiesta DC, Inc. ("Fiesta DC" or "Plaintiff"), by and through their undersigned counsel, bring this action against Arturo Griffiths ("Griffiths"), Willians Silva ("Silva"), Tila Berrocal ("Berrocal"), Lourdes Marte ("Marte"), Didier Sinisterra ("Sinisterra"), Rosibel Abugattas ("Abugattas"), Oscar Ordenes ("Ordenes"), Hugo Tovar ("Tovar"), Jenny Rodriguez ("Rodriguez"), Norberto Borjas ("Borjas"), Buena Paredes ("Paredes"), Norma Small-Warren ("Small-Warren"), Marcos Elodi ("Elodi"), Michael L. Avery, Sr. ("Avery"), Caridad Palerm-Lazú ("Palerm-Lazú"), and Avisos, Inc. d/b/a AvisoS Communications, Inc. ("Avisos") (individually, each a "Defendant" and, collectively, the "Defendants") for injunctive relief and

damages for unfair competition under the laws of the United States and trademark infringement and unfair competition under the common law, and in support thereof aver as follows:

## NATURE OF THIS ACTION

1.      This is an action for unfair competition and trademark infringement arising under federal and/or common law.  Fiesta DC brings this action against the Defendants because Griffiths, Silva, Berrocal, Marte, Sinisterra, Abugattas, Ordenes, Tovar, Rodriguez, Borjas, Paredes, Small-Warren, Elodi, Avery, and Palerm-Lazú have adopted and are using the trade name Fiestón DC and trademark FIESTÓN DC in their roles on the Board of Directors or as Directors of Fiestón DC for competing and/or closely related services to those offered by Plaintiff in connection with the FIESTA DC trademark, and on its web site located at http://www.fiestadc.org, and because Avisos registered the domain name FIESTONDC.COM and designed and developed the associated Fiestón DC web site.

## THE PARTIES

2.      Plaintiff Fiesta DC is a District of Columbia non-profit corporation with its principal place of business at 1801 Columbia Avenue, NW, Suite 105-B, Washington, DC 20009.

3.      Upon information and belief, Defendant Griffiths is a natural person and, upon information and belief, is President of Fiestón DC, an unincorporated organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

4.      Upon information and belief, Defendant Silva is a natural person and, upon information and belief, is 1st Vice-President of Fiestón DC, an organization operating in the

District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

5.      Upon information and belief, Defendant Berrocal is a natural person and, upon information and belief, is 2nd Vice-President of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

6.      Upon information and belief, Defendant Marte is a natural person and, upon information and belief, is Secretary of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

7.      Upon information and belief, Defendant Sinisterra is a natural person and, upon information and belief, is Asst. Treasurer of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

8.      Upon information and belief, Defendant Abugattas is a natural person and, upon information and belief, is Honorary President of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

9.      Upon information and belief, Defendant Ordenes is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

10.    Upon information and belief, Defendant Tovar is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

11.    Upon information and belief, Defendant Rodriguez is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

12.    Upon information and belief, Defendant Borjas is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

13.    Upon information and belief, Defendant Paredes is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

14.    Upon information and belief, Defendant Small-Warren is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

15.    Upon information and belief, Defendant Elodi is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of

Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

16.    Upon information and belief, Defendant Avery is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

17.    Upon information and belief, Defendant Palerm-Lazú is a natural person and, upon information and belief, is a Director of Fiestón DC, an organization operating in the District of Columbia with its principal place of business at 1331 H Street, NW, Suite 902, Washington, DC 20001.

18.    Upon information and belief, Defendant Avisos is a Virginia corporation with its principal place of business at 7426 Alban Station Boulevard, Suite B208, Springfield, VA 22150.

## JURISDICTION AND VENUE

19.    This is an action for federal unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) (1998 & Supp. 2003); for trademark infringement in violation of the common law; and for unfair competition in violation of the common law.

20.    This Court has subject matter jurisdiction over the federal claims that relate to unfair competition pursuant to 28 U.S.C. §§1331, 1338(a), 1338(b) and 15 U.S.C. § 1121.

21.    This Court has supplemental jurisdiction over the common law claims pursuant to 28 U.S.C. § 1367(a), because such claims are so related to claims in the action within the Court's jurisdiction that they form part of the same case or controversy and derive from a common nucleus of operative facts.

22.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b).

## FACTS

### Plaintiff's Distinctive Trademark

23.     Plaintiff is a non-profit corporation whose mission is to contribute to the preservation, diffusion, and promotion of the Latino culture in the Washington, DC Metropolitan area.

24.     In May 2004, Fiesta DC announced a family-oriented event to be held annually to coincide with Hispanic Heritage Month, between September and October.

25.     On June 23, 2004, Fiesta DC registered the domain name FIESTADC.ORG.

26.     On October 10, 2004, Fiesta DC hosted FIESTA DC 2004 at the Cardozo High School Stadium located in Washington, DC at 13th Street and Florida Avenue, NW.

27.     FIESTA DC 2004 was free to the public, free of alcohol and highlighted Latino music, cultural programs, arts and crafts, and food.  FIESTA DC 2004 also showcased twenty-five local performing groups and, among other things, included a children's event, in which more than four hundred children participated, and involved Celebra La Ciencia, a coalition of DC area museums, community and health organizations that bring science activities and opportunities to the Latino community of the Washington, DC Metropolitan area.

28.     Approximately 3,500 people attended FIESTA DC 2004, which was well-covered by the local television, radio, and print media.  Univision reported on FIESTA DC 2004 on three occasions between June and October 2004 in its Noticiero Local at 6pm and 11pm and also included the event in its year-end review of the most interesting local news.  Telemundo also promoted the event once in its Noticiero Local at 6pm and referenced FIESTA DC 2004 numerous times in its daily listing calendar.  Radio Mega promoted FIESTA DC 2004 through seven spots lasting one minute each, and Radio Continental (1390 AM) broadcast interviews

with Fiesta DC representatives in its "Colombia Tierra Quierda" and "La Tribuna del DC United" radio programs. A three-photo spread about FIESTA DC 2004 appeared in the *Washington Post*, and a front page article about the event ran in *El Tiempo Latino*. Six full-page advertisements also appeared in the largest Spanish language publications in the Washington, DC Metropolitan region, *El Tiempo Latino* and the *Washington Hispanic*. *El Pregonero*, the oldest local Spanish language newspaper, also covered FIESTA DC 2004.

29.     In connection with FIESTA DC 2004, Fiesta DC raised from sponsors more than $60,000 in funds and received additional contributions in the form of in-kind advertisements, trade, and services. Fiesta DC circulated nearly 6,000 flyers locally and in markets outside the region, and distributed locally approximately 600 copies of two different flyers about the event. Fiesta DC held two press conferences at the Council on Latino Agencies in the District of Columbia, and Fiesta DC's web site, located at http://www.fiestadc.org, received an average of 2,000 hits monthly leading up to the event.

30.     Fiesta DC celebrated FIESTA DC 2005 on September 18, 2005, again at Cardozo High School Stadium, with approximately the same number of attendees and involving similar promotional undertakings.

31.     Due to the FIESTA DC's increasing popularity and size, the event outgrew the space available at Cardozo High School Stadium. Accordingly, for FIESTA DC 2006, held on October 1, 2006, Fiesta DC relocated the events to the Washington, DC neighborhood of Mount Pleasant, where approximately 20,000 people attended the FIESTA DC 2006 celebration. For both FIESTA DC 2005 and 2006, Fiesta DC also published a magazine about the event.

32.     Fiesta DC is currently preparing for FIESTA DC 2007, which is scheduled for September 30, 2007, in Mount Pleasant. Fiesta DC expects a record number of approximately

25,000 – 30,000 people to attend FIESTA DC 2007. Fiesta DC has already started promoting
FIESTA DC 2007, which will feature a Parade of Nations and similar events to those offered in
previous FIESTA DC events, and, as in years past, Fiesta DC is seeking and relying on
sponsorships and in-kind donations to support the family-friendly celebration.

33.    Since 2004, Fiesta DC has advertised, marketed, and promoted its FIESTA DC
event in interstate commerce and has achieved a high level of consumer recognition and
acceptance as a pro-culture and family-oriented Latino event. In connection with these activities,
Fiesta DC has used its distinctive trademark FIESTA DC (the "Trademark").

34.    Fiesta DC has expended considerable resources and funds, advertising and
promoting its FIESTA DC event in the Washington, DC Metropolitan area, and consumers
associate the Trademark with a single source and a consistently high level of quality.

35.    Through its exclusive continual use and promotion since 2004, Fiesta DC owns
the common law trademark rights associated with the Trademark.

36.    Fiesta DC also owns a federal application for the Trademark, filed with the United
States Patent and Trademark Office under Serial No. 77/161,741.

### Defendants' Activities and Unlawful Conduct

37.    Upon information and belief, an unincorporated organization named Fiestón DC
("Fiestón DC") is operated by: (1) a Board of Directors on which Griffiths, Silva, Berrocal,
Marte, Sinisterra, and Abugattas (the "Board of Directors") serve; and (2) Directors, namely,
Ordenes, Tovar, Rodriguez, Borjas, Paredes, Small-Warren, Elodi, Avery, and Palerm-Lazú
("Directors").

38.    Upon information and belief, Avisos provides marketing, advertising and public
relations services to Fiestón DC. Upon information and belief, Avisos registered the domain

name FIESTONDC.COM (the "Infringing Domain Name") on January 29, 2007, and Avisos designed and developed the web site located at http://www.fiestondc.com.

39.    According to the web site located at http://www.fiestondc.com, Defendants are planning a Latin American Parade to take place on Pennsylvania Avenue or Constitution Avenue in Washington, DC in 2007.  Defendants use the trademark "FIESTÓN DC" (the "Infringing Trademark") in connection with the festivities, and similar to the FIESTA DC event, Defendants describe the FIESTÓN DC event as a "family-oriented" that "celebrates the cultural history of the Hispanic communities."  According to the website, the FIESTÓN DC 2007 event will be held on July 28, 2007 and July 29, 2007.  Fiestón DC's web site also appears to reference events that are scheduled to occur on October 1, 2007 and October 2, 2007.

40.    Like Fiesta DC, Fiestón DC seeks sponsorships for its event.  Fiestón DC's web site invites sponsorship by "Radio and TV stations, Newspapers, and all media," in addition to corporate sponsorship.

41.    The FIESTÓN DC trademark and the fiestondc.com domain name are strikingly and confusingly similar to the FIESTA DC trademark.  FIESTÓN DC is virtually identical in sight and sound to Plaintiff's well-known FIESTA DC trademark.  In addition, the meaning of FIESTÓN DC is virtually identical to Plaintiff's FIESTA DC mark.  The term "Fiestón" used by Defendants means "big party," as compared with Plaintiff's use of "Fiesta," which means "party."

42.    Upon information and belief, members of Fiestón DC's Board of Directors and/or its Directors are aware of the valuable goodwill and reputation represented and symbolized by the FIESTA DC trademark and the fact that the FIESTA DC trademark is recognized and relied

upon by consumers as identifying Fiesta DC's high quality and family-friendly event and distinguishing this event from other Latin American events, past and present.

43.    Upon information and belief, notwithstanding this awareness, and in fact by reason thereof, the Board of Directors and Directors of Fiestón DC are attempting to misappropriate and capitalize upon consumers' favorable and widespread recognition of the FIESTA DC trademark by adopting the FIESTÓN DC trademark and fiestondc.com domain name.

44.    The Board of Directors and Directors of Fiestón DC's use of FIESTÓN DC is likely to cause confusion or mistake or deceive consumers into thinking that Fiestón DC, the FIESTÓN DC 2007 event and the website located at http://www.fiestondc.com are authorized by, or affiliated, connected or otherwise associated with Fiesta DC and FIESTA DC 2007.

45.    Fiesta DC has not consented to the use of FIESTÓN DC by the Board of Directors or Directors of Fiestón DC.

## COUNT I

## FEDERAL UNFAIR COMPETITION

46.    Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 45 of this Complaint.

47.    The aforesaid acts of the Board of Directors and Directors of Fiestón DC constitute the use of words, terms, names, symbols and devices and combinations thereof, false designations of origin and false and misleading representations of fact that are likely to cause confusion or to cause mistake or to deceive as to the affiliation, connection or association of Fiestón DC with Fiesta DC as to the origin, sponsorship or approval of Fiestón DC's goods and services.

48.    The aforesaid acts of the Board of Directors and Directors of Fiestón DC constitute the use of words, terms, names, symbols and devices and combinations thereof, false designations of origin and false and misleading representations of fact that in commercial advertising or promotion misrepresent the nature, characteristics or qualities of Fiestón DC's goods and services.

49.    The aforesaid acts of the Board of Directors and Directors of Fiestón DC constitute false designation of origin and false and misleading descriptions and representations in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

50.    The Board of Directors and Directors of Fiestón DC's use of FIESTÓN DC and the fiestondc.com domain name is without the consent of Fiesta DC.

51.    The aforesaid acts of the Board of Directors and Directors of Fiestón DC have been intentional, willful and in bad faith.

52.    The acts of the Board of Directors and Directors of Fiestón DC complained of herein have caused and, unless enjoined by this Court, are likely to continue to cause Plaintiff to suffer irreparable harm.

53.    Plaintiff has no adequate remedy at law and is entitled to and seeks injunctive relief as a result thereof pursuant to 15 U.S.C. § 1116.

## COUNT II

## COMMON LAW TRADEMARK INFRINGEMENT

54.    Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 53 of this Complaint.

55.    The Board of Directors and Directors of Fiestón DC have, without the informed consent of Fiesta DC, used in commerce a trademark that is confusingly similar to the FIESTA

DC trademark in connection with the offering and advertising of services and such use is likely to cause confusion or to cause mistake or to deceive.

56.    The aforesaid acts of the Board of Directors and Directors of Fiestón DC constitute trademark infringement in violation of common law.

57.    The acts of the Board of Directors and Directors of Fiestón DC complained of herein have caused and, unless enjoined by this Court, are likely to continue to cause Plaintiff to suffer irreparable harm.

58.    Plaintiff has no adequate remedy at law and is entitled to and seeks injunctive relief as a result thereof.

<u>COUNT III</u>

**COMMON LAW UNFAIR COMPETITION**

59.    Plaintiffs incorporate by reference the allegations contained in paragraphs 1 through 58 of this Complaint.

60.    The aforesaid acts of the Board of Directors and Directors of Fiestón DC constitute unfair competition in violation of common law.

61.    The acts of the Board of Directors and Directors of Fiestón DC complained of herein have caused and, unless enjoined by this Court, are likely to continue to cause Plaintiff to suffer irreparable harm.

62.    Plaintiff has no adequate remedy at law and is entitled to and seeks injunctive relief as a result thereof.

**WHEREFORE**, Plaintiff requests that judgment be entered in their favor and against Defendants Griffiths, Silva, Berrocal, Marte, Sinisterra, Abugattas, Ordenes, Tovar, Rodriguez, Borjas, Paredes, Small-Warren, Elodi, Avery, Palerm-Lazú, and Avisos as follows:

1.      Preliminarily and permanently enjoining and restraining the Defendants and their officers, directors, employees, agents, assigns, servants, and any other person in active concert or participation with any of them, from using any trade name, domain name or trademark that is confusingly similar to, or a colorable imitation of the FIESTA DC trademark, including but not limited to FIESTÓN DC and fiestondc.com;

2.      Preliminarily and permanently enjoining and restraining the Defendants and their officers, directors, employees, agents, assigns, servants, and any other person in active concert or participation with any of them, from representing by any means whatsoever, directly or indirectly, or doing any other acts or things calculated or likely to cause confusion, or to cause to mistake, or to deceive as to their affiliation, connection, or association with Fiesta DC, or as to the origin, sponsorship, or approval of their Latin American event or parade by Fiesta DC and from otherwise unfairly competing with Fiesta DC;

3.      Ordering that the Defendants recall from any and all channels of trade any and all advertising and promotional materials featuring FIESTÓN DC, fiestondc.com or other infringing matter, and to take affirmative steps to dispel any false suggestion of a connection with Fiesta DC by virtue of its infringing activities and unfair competition, including but not limited to, all necessary and appropriate corrective advertising measures;

4.      Ordering that Avisos transfer the fiestondc.com domain name to Plaintiff;

5.      Ordering that, immediately following the entry of a judgment in Plaintiff's favor, the Defendants, their officers, directors, employees, agents, assigns, servants, and any other person in active concert or participation with any of them be required to deliver to Plaintiff or, at Plaintiff's option, destroy and certify the destruction of any and all materials that bear a trade

name, domain name or trademark confusingly similar to, or a colorable imitation of, the FIESTA

DC trademark, such delivery or destruction to be made at the Defendants' expense;

6.      Directing the Defendants to file with this Court and to serve upon Plaintiff within

thirty (30) days after service upon the Defendants of this Court's permanent injunction issued in

this action, a written report by the Defendants under oath setting forth in detail the manner in

which the Defendants have complied with this injunction;

7.      Ordering an accounting by the Defendants to establish the profits that the

Defendants have wrongfully earned through the use of the FIESTÓN DC trademark or

fiestondc.com domain name;

8.      Awarding any and all damages allowable by law against the Defendants,

including but not limited to (a) monetary damages sustained by Plaintiff, (b) Defendants' profits

wrongfully earned through the use of the FIESTÓN DC trademark and fiestondc.com domain

name of Plaintiff, (c) treble damages, (d) a multiple of the Defendants' profits, (e) costs and

prejudgment interest, (f) attorneys' fees, and (g) punitive damages;

9.      Finding this to be an exceptional case and awarding reasonable attorneys' fees

and costs to Plaintiff;

10.     Increasing the damages up to three times the amount found or assessed; and

11.     Any and all such other and further relief as this Court may deem appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs hereby make demand for a trial by jury on all issues triable to a jury.


Respectfully submitted,


Dated:  April 20, 2007

J. Kevin Fee (D.C. Bar No. 494016)
Jennifer A. Bowen (D.C. Bar No. 497807)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

ATTORNEY FOR PLAINTIFF

CO-386-online
10/03

# United States District Court
# For the District of Columbia

FIESTA DC, INC.,
1801 Columbia Road, NW
Suite 105-B
Washington, DC 20009

)
)
)
)
)                          Plaintiff       )        Civil Action No._____
          VS                               )
ARTURO GRIFFITHS, et al.,                  )
President, Fieston DC                       )
1331 H Street, NW                          )
Suite 902                                   )
Washington, DC 20001                       )
                                            )
                          Defendant        )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _____ Fiesta DC, Inc. _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ Fiesta DC, Inc. _____ which have

any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*Jennifer A. B*
Signature

D.C. Bar No. 497807
BAR IDENTIFICATION NO.

Jennifer A. Bowen
Print Name

Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW
Address

Washington, DC 20004

| City | State | Zip Code |
| --- | --- | --- |

202-739-3000
Phone Number

07-722
PLF

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| FIESTA DC, INC.      11001 | ARTURO GRIFFITHS, et al. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF      11001
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT      11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000

**JURY ACTION**

Case: 1:07-cv-00722
Assigned To : Friedman, Paul L.
Assign. Date : 04/20/2007
Description: FIESTA DC, INC. V GRIFFITHS, ET AL

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- O 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- O 2 U.S. Government Defendant
- O 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**O A. Antitrust**

- ☐ 410 Antitrust

**O B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**O C. Administrative Agency Review**

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**O D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**O E. General Civil (Other)      OR      O F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☒ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

16

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

15 U.S.C. § 1125(a). This is an action for federal unfair competition and for trademark infringement and unfair competition in violation of the common law.

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint |
|---|---|---|---|
| | | **JURY DEMAND:** | YES ☒   NO ☐ |

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE __4/20/2007__   SIGNATURE OF ATTORNEY OF RECORD _Jennifer A. Bo___

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

...ained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by ...oved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of ...quently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips ...e Roman Numerals on the Cover Sheet.

LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of ...sident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

...ES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section

OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the ...mplaint. You may select only one category. You must also select one corresponding nature of suit found under

Statute under which you are filing and write a brief statement of the primary cause.

...icated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's

...mation, you should ensure the accuracy of the information provided prior to signing the form.

Court Name: District of Columbia
Division: 1
Receipt Number: 4516003304
Cashier ID: rrosh
Transaction Date: 04/23/2007
Payer Name: Finch DC Inc

CIVIL FILING FEE
For: Finch DC Inc
Case: $350.00

CHECK
Check/Money Ord Num: 1265
Amt Tendered: $350.00

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

gr-mp22

Only when the bank clears the check, or verification of funds is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.