CO-386-online 

**FILED**

APR 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

FIESTA DC, INC.,
1801 Columbia Road, NW
Suite 105-B
Washington, DC 20009

       vs    Plaintiff

ARTURO GRIFFITHS, et al.,
President, Fieston DC
1331 H Street, NW
Suite 902
Washington, DC 20001

            Defendant

Case: 1:07-cv-00722
Assigned To : Friedman, Paul L.
Assign. Date : 04/20/2007
Description: FIESTA DC, INC. V GRIFFITHS, ET AL

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for _____Fiesta DC, Inc._____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____Fiesta DC, Inc._____ which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

            Attorney of Record

            _Jennifer A. B_____
            Signature

D.C. Bar No. 497807
BAR IDENTIFICATION NO.

            Jennifer A. Bowen
            Print Name

            Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW
            Address

            Washington, DC 20004
            City     State     Zip Code

            202-739-3000
            Phone Number

2