U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Fiesta DC, Inc.

vs.

Arturo Griffiths, et al.

No. 1:07-CV-00722 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons; Complaint and Jury Trial Demand; Notice of Right to Consent to Trial Before a United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:15 am on May 3, 2007, I served Michael L. Avery, Sr., Director of Fieston DC at 6400 Arlington Boulevard, #634, Falls Church, Virginia 22042 by serving Michael L. Avery, Sr., personally. Described herein:

```
    SEX-   MALE
    AGE-   52
 HEIGHT-   6'0"
   HAIR-   BLACK
 WEIGHT-   175
   RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___5-4-07___
               Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187391