## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

**FIESTA DC, INC.,**
**1801 Columbia Road, NW**
**Suite 105-B**
**Washington, DC 20009**

           **Plaintiff,**

    **v.**

**ARTURO GRIFFITHS**
**President, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**WILLIANS SILVA**
**1st Vice-President, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**TILA BERROCAL**
**2nd Vice-President, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**LOURDES MARTE**
**Secretary, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**DIDIER SINISTERRA**
**Asst. Treasurer, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**CIVIL ACTION NO.  1:07-cv-00722**

**The Honorable Paul L. Friedman**

**COMPLAINT AND**
**JURY TRIAL DEMAND**

**ROSIBEL ABUGATTAS**
**Honorary President, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**OSCAR ORDENES**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**HUGO TOVAR**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**JENNY RODRIGUEZ**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**NORBERTO BORJAS**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**BUENA PAREDES**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**NORMA SMALL-WARREN**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**MARCOS ELODI**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**MICHAEL L. AVERY, SR.**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**CARIDAD PALERM-LAZÚ**
**Director, Fiestón DC**
**1331 H Street, NW**
**Suite 902**
**Washington, DC 20001**

**AVISOS, INC. d/b/a**
**AVISOS COMMUNICATIONS, INC.**
**7426 Alban Station Boulevard**
**Suite B208**
**Springfield, VA 22150**

                              **Defendants.**

## NOTICE OF APPEARANCE

J. Kevin Fee of Morgan, Lewis & Bockius LLP hereby enters his appearance as counsel

for Plaintiff, Fiesta DC, Inc., in the above-captioned matter.

                              Respectfully submitted,

Dated:  August 3, 2007              By:    /s/ J. Kevin Fee
                                           J. Kevin Fee (D.D.C. Bar No. 494016)
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           1111 Pennsylvania Ave., NW
                                           Washington, DC  20004
                                           (202) 739-3000
                                           (202) 739-3001 (efax)


                                           Attorney for Fiesta DC, Inc.

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Notice of Appearance, was served this 3rd day of August, 2007, upon counsel of record via the Electronic Case Filing system.

<u>/s/ J. Kevin Fee</u>
J. Kevin Fee