IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| FIESTA DC, INC.,<br>1801 Columbia Road, NW<br>Suite 105-B<br>Washington, DC 20009<br><br>                Plaintiff,<br>     v.<br><br>ARTURO GRIFFITHS<br>President, Fiestón DC<br>1331 H Street, NW<br>Suite 902<br>Washington, DC 20001<br><br>WILLIANS SILVA<br>1st Vice-President, Fiestón DC<br>1331 H Street, NW<br>Suite 902<br>Washington, DC 20001<br><br>TILA BERROCAL<br>2nd Vice-President, Fiestón DC<br>1331 H Street, NW<br>Suite 902<br>Washington, DC 20001<br><br>LOURDES MARTE<br>Secretary, Fiestón DC<br>1331 H Street, NW<br>Suite 902<br>Washington, DC 20001<br><br>DIDIER SINISTERRA<br>Asst. Treasurer, Fiestón DC<br>1331 H Street, NW<br>Suite 902<br>Washington, DC 20001 | CIVIL ACTION NO.  1:07-cv-00722<br><br>The Honorable Paul L. Friedman<br><br>COMPLAINT AND<br>JURY TRIAL DEMAND |

**ROSIBEL ABUGATTAS**
Honorary President, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**OSCAR ORDENES**
Director, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**HUGO TOVAR**
Director, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**JENNY RODRIGUEZ**
Director, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**NORBERTO BORJAS**
Director, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**BUENA PAREDES**
Director, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

**NORMA SMALL-WARREN**
Director, Fiestón DC
1331 H Street, NW
Suite 902
Washington, DC 20001

| |
|---|
| **MARCOS ELODI**<br>**Director, Fiestón DC**<br>**1331 H Street, NW**<br>**Suite 902**<br>**Washington, DC 20001**<br><br>**MICHAEL L. AVERY, SR.**<br>**Director, Fiestón DC**<br>**1331 H Street, NW**<br>**Suite 902**<br>**Washington, DC 20001**<br><br>**CARIDAD PALERM-LAZÚ**<br>**Director, Fiestón DC**<br>**1331 H Street, NW**<br>**Suite 902**<br>**Washington, DC 20001**<br><br>**AVISOS, INC. d/b/a**<br>**AVISOS COMMUNICATIONS, INC.**<br>**7426 Alban Station Boulevard**<br>**Suite B208**<br>**Springfield, VA 22150**<br><br>                    **Defendants.** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Jennifer A. Bowen of Morgan, Lewis & Bockius LLP hereby withdraws her appearance as counsel for Plaintiff, Fiesta DC, Inc., in the above-captioned matter. Plaintiff continues to be represented by J. Kevin Fee of Morgan, Lewis & Bockius LLP.

                                        Respectfully submitted,

Dated: August 3, 2007          By:          /s/
                                        Jennifer A. Bowen (D.D.C. Bar No. 497807)
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1111 Pennsylvania Ave., NW
                                        Washington, DC  20004
                                        (202) 739-3000
                                        (202) 739-3001 (efax)

                                        Attorney for Fiesta DC, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Withdrawal, was served this 3rd day of August, 2007, upon counsel of record via the Electronic Case Filing system.

                                                    _____/s/_____
                                                  Jennifer A. Bowen