UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              )
FIESTA D.C., INC.,                  )
                                              )
       Plaintiff,             )
                                              )
      v.                           )      Civil Action No. 07-722 (PLF)
                                              )
GRIFFITHS, et al.,                )
                                              )
       Defendants.           )
_____)

## ORDER

The complaint in this case was filed on April 20, 2007, but there is no record that a copy of the complaint has been served on defendants Willians Silva, Tila Berrocal, Lourdes Marte, Didier Sinisterra, Rosibel Abugattas, Oscar Ordenes, Hugo Tovar, Jenny Rodriguez, Norberto Borjas, Buena Paredes, Norma Small-Warren, Marcos Elodi, Caridad Palerm-Lazu, or Avisos, Inc. Plaintiff's attention is directed to Federal Rule of Civil Procedure 4(m), which provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of dismissal, it is hereby

ORDERED that within 15 days of the date of this order, plaintiff either cause process to be served and proof of service to be filed with the Court as to those defendants who have not been served, or file a status report with the Court advising why service has not been

made.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 26, 2007