IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>　　　　　　**Plaintiff,**<br>　v.<br><br>**ARTURO GRIFFITHS, et al.,**<br><br>　　　　　　**Defendants.** | **CIVIL ACTION NO. 1:07-cv-722-PLF**<br><br>**PLAINTIFF'S INITIAL STATUS REPORT** |

### PLAINTIFF'S INITIAL STATUS REPORT

Plaintiff Fiesta DC, Inc. ("Fiesta DC" or "Plaintiff"), by and through its undersigned counsel, respectfully submits this Initial Status Report in response to Judge Paul L. Friedman's Order signed on October 26, 2007 and filed on October 29, 2007 ("Order"). In the Order, Judge Friedman directed Fiesta DC to cause process to be served and proof of service to be filed with the Court as to those defendants who have not been served, or file a status report with the Court advising why service has not been made.

Pursuant to the Order, Fiesta DC submits that service has not been made in connection with Defendants Willians Silva, Tila Berrocal, Lourdes Marte, Didier Sinisterra, Rosibel Abugattas, Oscar Ordenes, Hugo Tovar, Jenny Rodriguez, Norberto Borjas, Buena Paredes, Norma Small-Warren, Marcos Elodi, Caridad Palerm-Lazú, and Avisos, Inc. d/b/a AvisoS Communications, Inc. because settlement appears to be attainable. More specifically, Plaintiff has been engaged in settlement negotiations for several months with counsel for Defendant Arturo Griffiths. The parties have now reached a settlement in principle and expect to execute settlement agreements shortly. Because the settlement agreements contemplated by the parties

would avert the need to cause process to be served on the remaining Defendants, Plaintiff has refrained from doing so. Plaintiff thereby respectfully requests that the time for service be extended for thirty (30) days, until December 13, 2007.

Respectfully submitted,

Dated: November 13, 2007

/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on November 13, 2007, I caused a true and correct copy of Plaintiff's Initial Status Report to be served on the following by first class mail, postage prepaid:

  James E. Drew, Esq.
  2000 P Street, NW
  Suite 415
  Washington, DC 20036

  Counsel for Defendant, Arturo Griffiths


  Michael L. Avery, Sr., Esq.
  Avery & Associates
  6400 Arlington Blvd.
  Suite 634
  Falls Church, VA  22042

         /s/  J. Kevin Fee
         J. Kevin Fee