IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,** | **CIVIL ACTION NO. 1:07-cv-722-PLF** |
| Plaintiff, | |
| v. | |
| **ARTURO GRIFFITHS, et al.,** | **PLAINTIFF'S STATUS REPORT** |
| Defendants. | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Order of November 16, 2007, Plaintiff Fiesta DC, Inc. ("Plaintiff"), by and through its undersigned counsel, respectfully submits this status report.

As indicated in Plaintiff's Initial Status Report, Plaintiff has been engaged in settlement negotiations for several months with counsel for Defendant Arturo Griffiths. Although Plaintiff hoped to have received executed settlement agreements by this time, signature is pending completion of the domain name transfer process for the domain name at issue in this matter, fiestondc.com, along with another domain name, fiestondc.org, that Defendant Avisos, Inc. d/b/a AvisoS Communications, Inc. advised Plaintiff it had registered. The transfer process has been initiated. Once this process is complete, Plaintiff and Defendant Arturo Griffiths intend to execute the settlement agreements that reflect the settlement reached in principle and would thereby avert the need to cause process to be served on the remaining Defendants.

Plaintiff's counsel has conferred with counsel for Defendant Arturo Griffiths and attempted to confer with Defendant Michael L. Avery, Sr., Esq. Further to these

communications and given the upcoming holidays, Plaintiff respectfully requests that the time for service be extended for an additional twenty-five (25) days, until January 7, 2008.

Respectfully submitted,

Dated: December 13, 2007
/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2007, I caused a true and correct copy of this Plaintiff's Status Report to be served on the following by first class mail, postage prepaid:

>James E. Drew, Esq.
>Law Office of James E. Drew
>2000 P Street, NW
>Suite 415
>Washington, DC 20036
>
>Attorney for Defendant, Arturo Griffiths
>
>
>Michael L. Avery, Sr., Esq.
>Avery & Associates
>6400 Arlington Blvd.
>Suite 634
>Falls Church, VA  22042

>                /s/ J. Kevin Fee
>                J. Kevin Fee