**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FIESTA D.C., INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 07-722 (PLF)** |
| ) | |
| **GRIFFITHS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Defendants Arturo Griffiths and Michael L. Avery, Sr., respectfully request the Clerk to enter the appearance of Leo Rydzewski of the law firm Holland & Knight LLP as counsel for Defendants Arturo Griffiths and Michael L. Avery, Sr.,

December 20, 2007                    Respectfully submitted,


HOLLAND & KNIGHT, LLP


By:_____
     Leo G. Rydzewski (Bar No. 459979)
     2099 Pennsylvania Ave., NW, Suite 100
     Washington, D.C.  20006
     (202) 955-3000  Phone
     (202) 955-5564  Fax
     Leo.rydzewski@hklaw.com

     *Counsel to Defendants*
     *Arturo Griffiths and Michael L. Avery, Sr.*

# 5012115_v1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by first class mail, postage prepaid on this

20th day of December, 2007 upon:

J Kevin Fee
Morgan, Lewis & Bockius, LLP.
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541

*Counsel for Plaintiff*

Leo G. Rydzewski