IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIESTA D.C., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-722 (PLF) |
| ) | |
| GRIFFITHS, et al., ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendants Arturo Griffiths and Michael L. Avery, Sr., by and through their undersigned counsel, hereby move for an extension of time up to and including January 7, 2008, to answer or otherwise respond to Plaintiff Fiesta D.C., Inc.'s Complaint. The grounds for this motion are more fully discussed in the attached Memorandum of Points and Authorities.

In accordance with Local Rule 7(m), the undersigned states that counsel for Plaintiff has consented to the relief requested.

Dated: December 20, 2007

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Leo G. Rydzewski (Bar No. 459979)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
Phone: (202) 955-3000
Facsimile: (202) 955-5564
leo.rydzewski@hklaw.com
*Counsel for Defendants
Arturo Griffiths and Michael L. Avery, Sr.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIESTA D.C., INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRIFFITHS, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 07-722 (PLF) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF CONSENT MOTION FOR EXTENSION OF TIME TO TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Arturo Griffiths and Michael L. Avery, Sr., by and through their undersigned counsel, hereby submit this Memorandum of Points and Authorities in Support of their Consent Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Fiesta D.C., Inc.'s Complaint.

Plaintiff filed its Complaint on April 20, 2007. Defendants Arturo Griffiths and Michael L. Avery, Sr. were served with the Summons on May 3, 2007. On October 26, 2007, the Court entered an order directing Plaintiff to cause process to be served and proof of service to be filed with the Court as to those defendants not served, or file a status report with the Court advising why service had not been made. On November 13, 2007, Plaintiff filed an Initial Status Report indicating that Plaintiff and Defendant had entered into settlement negotiations; accordingly, Plaintiff requested that the time for service be extended by thirty (30) days, until December 13, 2007. On December 13, 2007, Plaintiff filed a Status Report indicating the continuation of settlement discussions with Defendant and again requested that service of the additional defendants be extended by twenty-five (25) days, until January 7, 2008.

Undersigned counsel recently was retained to represent Defendants Arturo Griffiths and Michael L. Avery, Sr. in this matter. The parties are pursuing settlement discussions that may resolve this matter and avert the need for Defendants to respond to the Complaint. As such, Defendants Arturo Griffiths and Michael L. Avery, Sr. seek a reasonable extension of time to accommodate the delays inherent in the settlement discussion process, and to allow Defendants the opportunity to continue to engage in those settlement discussions before investing the time necessary to answer or otherwise respond to the Complaint. Defendants request an extension up to and including January 7, 2008, to answer or otherwise respond to the Complaint.

In accordance with Rule 6(b), the Court has the inherent power to grant reasonable extensions of time to file pleadings. See Simpson v. Socialist People's Libyan Arab Jamahiriya, 362 F. Supp. 2d 168, 171 (D.D.C. 2005) (noting that Court had previously granted an extension of time for defendant to file an answer); Savage v. Scales, 310 F. Supp. 2d 122, 127 (D.D.C. 2004) (granting two separate motions for extension of time where case was removed from state court and party submitted second motion for extension of time one day after the response deadline); Carbe v. Bureau of Alcohol, Tobacco, and Firearms, Civ. A. No. 03-1658(RMC), 2004 W.L. 2051359, at *9 (D.D.C. Aug. 12, 2004) (noting Court's willingness to grant an extension of time should the party require one).

WHEREFORE, for the foregoing reasons, Defendants Arturo Griffiths and Michael L. Avery, Sr. respectfully request that the Court grant this motion to extend their time to respond to Plaintiff's Complaint up to and including January 7, 2008. In accordance with Local Rule 7(m), the undersigned states that counsel for Plaintiffs has consented to the relief requested herein.

Dated: December 20, 2007

                    Respectfully submitted,

                    HOLLAND & KNIGHT LLP

                    By: _____
                        Leo G. Rydzewski (Bar No. 459979)
                        2099 Pennsylvania Avenue, N.W.
                        Suite 100
                        Washington, D.C. 20006
                        Phone: (202) 955-3000
                        Facsimile: (202) 955-5564
                        leo.rydzewski@hklaw.com

                    *Counsel for Defendants*
                     *Arturo Griffiths and Michael L. Avery, Sr.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by first class mail, postage prepaid on this 20th day of December, 2007 upon:

> J Kevin Fee
> Morgan, Lewis & Bockius, LLP.
> 1111 Pennsylvania Avenue, NW
> Washington, DC 20004-2541

*Counsel for Plaintiff*

_____
Leo G. Rydzewski

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FIESTA D.C., INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-722 (PLF) |
| GRIFFITHS, et al., | ) |
| Defendants. | ) |

## ORDER

The Court having considered Consent Motion for Extension of Time to Answer or Respond to Plaintiff's Complaint, and good cause having been shown, it is this ____ day of _____, 2007;

**ORDERED** that the Consent Motion for Extension of Time is **GRANTED**. It is further **ORDERED** that Defendants Arturo Griffiths and Michael L. Avery, Sr. have up to and including January 7, 2008, to Answer or otherwise respond to Plaintiff's Complaint.

_____
Judge Paul L. Friedman
United States District Judge

# 5012092_v1