IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>            Plaintiff,<br>v.<br><br>**ARTURO GRIFFITHS, et al.,**<br><br>            Defendants. | CIVIL ACTION NO. 1:07-cv-722-PLF<br><br>**JOINT STATUS REPORT AND PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

**JOINT STATUS REPORT AND PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

Pursuant to the Court's Order of December 20, 2007, Fiesta DC, Inc. ("Plaintiff"), by and through its undersigned counsel, and Defendants Arturo Griffiths ("Griffiths") and Michael L. Avery, Sr. ("Avery"), by and through their undersigned counsel, respectfully submit this joint status report.

Plaintiff and Defendant Griffiths disagree as to whether they have entered into a binding settlement agreement. Plaintiff contends that there is a binding settlement agreement and Defendant Griffiths contends there is not a binding settlement agreement. Without prejudice to Plaintiff's position, counsel for Plaintiff, Griffiths and Avery are actively attempting to resolve their differences. In an attempt to avert the need to cause process to be served on the remaining Defendants, Plaintiff respectfully requests that the time for service of the additional Defendants be extended until January 21, 2008. Plaintiff's counsel has conferred with counsel for Defendants Griffiths and Avery, who consent to Plaintiff's request for an extension.

.

                                                         Respectfully submitted,

Dated: January 7, 2008              /s/ J. Kevin Fee
                                                    J. Kevin Fee (D.C. Bar No. 494016)
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1111 Pennsylvania Avenue, NW
                                                    Washington, DC 20004
                                                    Telephone: (202) 739-3000
                                                    Facsimile: (202) 739-3001

                                                    COUNSEL FOR PLAINTIFF

                                                    /s/ Leo G. Rydzewski
                                                    Leo G. Rydzewski
                                                    HOLLAND & KNIGHT LLP
                                                    2099 Pennsylvania Avenue, N.W.
                                                    Suite 100
                                                    Washington, DC 20006
                                                    Telephone: (202) 457-7141
                                                    Facsimile: (202) 955-5564

                                                    COUNSEL FOR DEFENDANTS ARTURO
                                                    GRIFFITHS AND MICHAEL L. AVERY, SR.

# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>　　　　**Plaintiff,**<br>　v.<br><br>**ARTURO GRIFFITHS, et al.,**<br><br>　　　　**Defendants.** | **CIVIL ACTION NO. 1:07-cv-722-PLF**<br><br>**ORDER** |

## ORDER

The Court having considered the Joint Status Report and Plaintiff's Request for Extension of Time to Serve Summons and Complaint, it is this _____ day of _____, 2008;

**ORDERED** that Plaintiff's Request for Extension of Time to Serve Summons and Complaint is GRANTED.  The time for Plaintiff to serve the remaining Defendants is extended to January 21, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge Paul L. Friedman
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge