IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>    Plaintiff,<br> v.<br><br>**ARTURO GRIFFITHS, et al.,**<br><br>    Defendants. | CIVIL ACTION NO. 1:07-cv-722-PLF<br><br>**CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

**CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and the Court's Order of January 10, 2008, and further to the attached Memorandum of Points and Authorities, Fiesta DC, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby moves for an extension of time to serve the Summons and Complaint upon the remaining Defendants, up to and including February 4, 2008.

The undersigned states, in accordance with Local Rule 7(m), that counsel for Defendants Arturo Griffiths and Michael L. Avery, Sr. has consented to the requested extension.

Dated:  January 22, 2008      Respectfully submitted,

                /s/ J. Kevin Fee
                J. Kevin Fee (D.C. Bar No. 494016)
                MORGAN, LEWIS & BOCKIUS LLP
                1111 Pennsylvania Avenue, NW
                Washington, DC 20004
                Telephone:  (202) 739-3000
                Facsimile:  (202) 739-3001

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>        Plaintiff,<br><br>    v.<br><br>**ARTURO GRIFFITHS, et al.,**<br><br>        Defendants. | **CIVIL ACTION NO. 1:07-cv-722-PLF**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

Fiesta DC, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby submits this Memorandum of Points and Authorities in Support of its Consent Motion for Extension of Time to Serve Summons and Complaint.

Plaintiff filed its Complaint on April 20, 2007 and thereafter served Defendants Arturo Griffiths ("Griffiths") and Michael L. Avery, Sr. ("Avery") with the Summons on May 3, 2007. On that same day, Plaintiff was contacted by counsel who then represented Griffiths and Plaintiff entered into settlement negotiations with Griffiths' counsel, which may have averted the need to cause process to be served on the remaining Defendants. On October 26, 2007, the Court ordered that Plaintiff cause process to be served and proof of service to be filed with the Court for those defendants not yet served, or to file a Status Report advising why service had not been made. On November 13, 2007, Plaintiff filed a Status Report requesting that the time for service be extended until December 13, 2007 because Plaintiff believed that the parties had reached a settlement in principle and expected to execute settlement agreements shortly. Plaintiff filed

another Status Report on December 13, 2007, requesting that the time for service be extended until January 7, 2008 because Plaintiff awaited completion of the domain name transfer process and receipt of executed settlement agreements.

On December 20, 2007, Plaintiff was contacted by new counsel, representing Griffiths and Avery. On January 7, 2008, following initial discussions with new counsel for Griffiths and Avery, Plaintiff filed a Joint Status Report and Request for Extension of Time to Serve Summons and Complaint until January 21, 2008.

Without prejudice to Plaintiff's position that there is a binding settlement agreement with Griffiths (Griffiths contends there is not a binding settlement agreement), counsel for Plaintiff, Griffiths and Avery continue to actively attempt to resolve their differences. In an attempt to avert the need to cause process to be served on the remaining Defendants, Plaintiff respectfully requests that the time for service of the additional Defendants be extended up to and including February 4, 2008.

The Court has "substantial authority" under Rule 4(m) to grant an extension of time to serve the remaining Defendants. See Gipson v. Wells Fargo Corp., 382 F.Supp.2d 116, 122-23 (D.D.C. 2005) (granting, *sua sponte,* an extension of time to serve *nunc pro tunc* and noting the "permissive standard for extending deadlines" under Rule 4(m)). Although Plaintiff believes it has shown good cause for an extension of time, the Court may in its discretion grant an extension "'even if there is no good cause shown.'" See id. (citing Henderson v. U.S., 517 U.S. 654, 662 (1996)).

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant its motion to extend time to cause process to be served on the remaining Defendants. The

undersigned states, in accordance with Local Rule 7(m), that counsel for Defendants Arturo Griffiths and Michael L. Avery, Sr. has consented to the requested extension.

Dated: January 22, 2008      Respectfully submitted,

/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>    **Plaintiff,**<br>  v.<br><br>**ARTURO GRIFFITHS, <u>et al.</u>,**<br><br>    **Defendants.** | **CIVIL ACTION NO. 1:07-cv-722-PLF**<br><br><br><u>**ORDER**</u> |

<u>**ORDER**</u>

The Court having considered the Consent Motion for Extension of Time to Serve Summons and Complaint, it is this _____ day of _____, 2008;

**ORDERED** that the Consent Motion for Extension of Time to Serve Summons and Complaint is GRANTED. It is further **ORDERED** that Plaintiff has up to and including February 4, 2008 to serve summons and complaint.

_____
Judge Paul L. Friedman
United States District Judge

1-WA/2906516.3