## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **ARTURO GRIFFITHS, et al.,** <br><br> Defendants. | **CIVIL ACTION NO. 1:07-cv-722-PLF** <br><br><br> **CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

## CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and the Court's Order of March 25, 2008, and further to the attached Memorandum of Points and Authorities, Fiesta DC, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby moves for an extension of time to serve the Summons and Complaint upon the remaining Defendants, up to and including May 15, 2008.

The undersigned states, in accordance with Local Rule 7(m), that counsel for Defendants Arturo Griffiths and Michael L. Avery, Sr. has consented to the requested extension.

Dated:  April 11, 2008                                    Respectfully submitted,


                                                          /s/ J. Kevin Fee
                                                          J. Kevin Fee (D.C. Bar No. 494016)
                                                          MORGAN, LEWIS & BOCKIUS LLP
                                                          1111 Pennsylvania Avenue, NW
                                                          Washington, DC 20004
                                                          Telephone:  (202) 739-3000
                                                          Facsimile:  (202) 739-3001

1-WA/2946371.1

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| FIESTA DC, INC.,<br><br>       Plaintiff,<br>v.<br><br>ARTURO GRIFFITHS, et al.,<br><br>       Defendants. | CIVIL ACTION NO. 1:07-cv-722-PLF<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**

    Fiesta DC, Inc. ("Plaintiff"), by and through its undersigned counsel, hereby submits this Memorandum of Points and Authorities in Support of its Consent Motion for Extension of Time to Serve Summons and Complaint.

    As indicated in Plaintiff's Memorandums of Points and Authorities In Support of Consent Motion for Extension of Time to Serve Summons and Complaint filed on March 21, 2008, March 7, 2008, February 15, 2008, February 4, 2008 and January 22, 2008, Plaintiff was contacted by new counsel representing Defendants Arturo Griffiths ("Griffiths") and Michael L. Avery, Sr. ("Avery") on December 20, 2007.  Since that time, and without prejudice to Plaintiff's position that there is a binding settlement agreement with Griffiths (Griffiths contends there is not a binding settlement agreement), counsel for Plaintiff, Griffiths, and Avery have been actively attempting to resolve their differences.  Because counsel for Plaintiff, Griffiths, and Avery continue to do so and appear to be making progress and, in a continuing attempt to avert the need to cause process to be served on the remaining Defendants, Plaintiff respectfully

requests that the time for service of the additional Defendants be extended up to and including May 15, 2008.

The Court has "substantial authority" under Rule 4(m) to grant an extension of time to serve the remaining Defendants.  See Gipson v. Wells Fargo Corp., 382 F.Supp.2d 116, 122-23 (D.D.C. 2005) (granting, *sua sponte,* an extension of time to serve *nunc pro tunc* and noting the "permissive standard for extending deadlines" under Rule 4(m)).  Although Plaintiff believes it has shown good cause for an extension of time, the Court may in its discretion grant an extension "'even if there is no good cause shown.'"  See id. (citing Henderson v. U.S., 517 U.S. 654, 662 (1996)).

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests that the Court grant its motion to extend time to cause process to be served on the remaining Defendants.  The undersigned states, in accordance with Local Rule 7(m), that counsel for Defendants Arturo Griffiths and Michael L. Avery, Sr. has consented to the requested extension.

Dated:  April 11, 2008                                             Respectfully submitted,


/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001

1-WA/2956743.1

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,**<br><br>  Plaintiff,<br>  v.<br><br>**ARTURO GRIFFITHS, et al.,**<br><br>  Defendants. | **CIVIL ACTION NO. 1:07-cv-722-PLF**<br><br>**ORDER** |

**ORDER**

The Court having considered the Consent Motion for Extension of Time to Serve Summons and Complaint, it is this _____ day of _____, 2008;

**ORDERED** that the Consent Motion for Extension of Time to Serve Summons and Complaint is GRANTED.  It is further **ORDERED** that Plaintiff has up to and including May 15, 2008 to serve summons and complaint.

_____
Judge Paul L. Friedman
United States District Judge

1-WA/2956745.1