IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,** <br><br>           **Plaintiff,** <br>    v. <br><br> **ARTURO GRIFFITHS, et al.,** <br><br>           **Defendants.** | **CIVIL ACTION NO. 1:07-cv-722-PLF** <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS AND WITHOUT PREJUDICE AS TO OTHER DEFENDANTS** |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS
AND WITHOUT PREJUDICE AS TO OTHER DEFENDANTS**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Fiesta DC, Inc. ("Plaintiff") and Defendants Arturo Griffiths ("Griffiths") and Michael L. Avery, Sr. ("Avery") hereby stipulate as follows:

(1) Plaintiff, Griffiths, and Avery have resolved the issues arising from the above-captioned action and have entered into a Settlement Agreement regarding Plaintiff's claims. Certain of the remaining Defendants have entered into an Agreement and Release with the Plaintiff that is an Exhibit to the Settlement Agreement between Plaintiff, Griffiths, and Avery.

(2) Plaintiff, Griffiths, and Avery hereby stipulate that this action be dismissed against the following Defendants, with prejudice, and each party shall bear its own costs and attorneys' fees arising from or related to this litigation:

> Arturo Griffiths
> Michael L. Avery, Sr.
> Willians Silva
> Tila Berrocal
> Lourdes Marte

        Oscar Ordenes
        Jenny Rodriguez
        Avisos, Inc. d/b/a Avisos Communications, Inc.
        Noberto Borjas
        Buena Paredes
        Caridad Palerm-Lazu

(3)    Plaintiff, Griffiths, and Avery hereby stipulate that this action be dismissed against the following Defendants, without prejudice, and each party shall bear its own costs and attorneys' fees arising from or related to this litigation:

        Didier Sinisterra
        Rosibel Abugattas
        Hugo Tovar
        Norma Small-Warren
        Marcos Elodi

Dated: August 8, 2008                Respectfully submitted,

/s/ J. Kevin Fee
J. Kevin Fee (D.C. Bar No. 494016)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

COUNSEL FOR PLAINTIFF

/s/ Leo G. Rydzewski
Leo G. Rydzewski
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
Telephone: (202) 457-7141
Facsimile: (202) 955-5564

COUNSEL FOR DEFENDANTS, ARTURO GRIFFITHS AND MICHAEL L. AVERY, SR.

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2008, I caused a true and correct copy of this Stipulation of Dismissal with Prejudice as to Certain Defendants and Without Prejudice as to Other Defendants and a proposed Order to be served on the following by first class mail, postage prepaid:

>Willians Silva
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Tila Berrocal
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Lourdes Marte
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Didier Sinisterra
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Rosibel Abugattas
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Oscar Ordenes
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Hugo Tovar
>1331 H Street, NW
>Suite 902
>Washington, DC 20001
>
>Jenny Rodriguez
>1331 H Street, NW
>Suite 902

Washington, DC 20001

Norberto Borjas
1331 H Street, NW
Suite 902
Washington, DC 20001

Buena Paredes
1331 H Street, NW
Suite 902
Washington, DC 20001

Norma Small-Warren
1331 H Street, NW
Suite 902
Washington, DC 20001

Marcos Elodi
1331 H Street, NW
Suite 902
Washington, DC 20001

Caridad Palerm-Lazú
1331 H Street, NW
Suite 902
Washington, DC 20001

Avisos, Inc. d/b/a Avisos Communications, Inc.
7426 Alban Station Boulevard
Suite B208
Springfield, VA 22150

        /s/ J. Kevin Fee
        J. Kevin Fee

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| **FIESTA DC, INC.,** <br><br> Plaintiff, <br> v. <br><br> **ARTURO GRIFFITHS, et al.,** <br><br> Defendants. | **CIVIL ACTION NO. 1:07-cv-722-PLF** <br><br> **ORDER** |

**ORDER**

The Court having considered the Stipulation of Dismissal with Prejudice as to Certain Defendants and Without Prejudice as to Other Defendants, it is this _____ day of _____, 2008;

**ORDERED** that the Stipulation of Dismissal with Prejudice as to Certain Defendants and Without Prejudice as to Other Defendants is GRANTED and the Court HEREBY DISMISSES the action WITH PREJUDICE as to Defendants Arturo Griffiths, Michael L. Avery, Sr., Williams Silva, Tila Berrocal, Lourdes Marte, Oscar Ordenes, Jenny Rodriguez, Avisos, Inc. d/b/a Avisos Communications, Inc., Noberto Borjas, Buena Paredes, and Caridad Palerm-Lazu and WITHOUT PREJUDICE as to Defendants Didier Sinisterra, Rosibel Abugattas, Hugo Tovar, Norma Small-Warren, and Marcos Elodi, with each party to bear its own costs and attorneys' fees arising from or related to this litigation

_____
Judge Paul L. Friedman
United States District Judge