IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

**FILED**
AUG 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FIESTA DC, INC.,

   Plaintiff,

v.

ARTURO GRIFFITHS, et al.,

   Defendants.

CIVIL ACTION NO. 1:07-cv-722-PLF

ORDER

## ORDER

The Court having considered the Stipulation of Dismissal with Prejudice as to Certain Defendants and Without Prejudice as to Other Defendants, it is this 13th day of August 2008;

**ORDERED** that the Stipulation of Dismissal with Prejudice as to Certain Defendants and Without Prejudice as to Other Defendants is GRANTED and the Court HEREBY DISMISSES the action WITH PREJUDICE as to Defendants Arturo Griffiths, Michael L. Avery, Sr., Willians Silva, Tila Berrocal, Lourdes Marte, Oscar Ordenes, Jenny Rodriguez, Avisos, Inc. d/b/a Avisos Communications, Inc., Noberto Borjas, Buena Paredes, and Caridad Palerm-Lazu and WITHOUT PREJUDICE as to Defendants Didier Sinisterra, Rosibel Abugattas, Hugo Tovar, Norma Small-Warren, and Marcos Elodi, with each party to bear its own costs and attorneys' fees arising from or related to this litigation

_____
Judge Paul L. Friedman
United States District Judge